B 6 Summary (Official Form 6 - Summary) (12/14)

United States Courts
Southern District of Texas
FILED

# UNITED STATES BANKRUPTCY COURT
### Southern District of Texas

MAR 16 2015

David J. Bradley, Clerk of Court

In re  Jane Kao
_____,
*Debtor*

Case No.  15-31193
Chapter  13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 676,000.00 | | |
| B - Personal Property | Yes | 6 | $ 2,482,086.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $ 438,785.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 113,708.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 1 | | $ 0.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $ 3,668.00 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 3 | | | $ 2,828.00 |
| TOTAL | | 22 | $ 3,158,086.00 | $ 552,493.00 | |

B6A (Official Form 6A) (12/07)



United States Courts
Southern District of Texas
FILED

MAR 1 6 2015

David J. Bradley, Clerk of Court

In re   **JANE KAO**                                           Case No.   <u>15-31193 – H3-13</u>
                                                                          (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Residence at 6829 Carvel Lane, Houston, TX Lot 2, Block 35, Sharpstown, Section 1, Harris County, Texas<br><br>Acquired by Deed dated May 23, 2006 | Fee Simple | - | $126,000 | $106,591 |
| Residence at 2460 Aaron Street, Los Angeles, CA Lot 45, Tract No. 38078, Los Angeles County, California (1/2 undivided interest).  FMV of entire tract is $1,100,000.<br><br>Acquired by Deed dated October 22, 1996 | Fee Simple | - | $550,000 | $213,292 |
| Residence at 2460 Aaron Street, Los Angeles, CA Debtor believes that an involuntary foreclosure sale of a one-half undivided interest in this property acquired by J. Michael Kelly pursuant to an alleged lien conveyed by the debtor's former spouse to Mr. Kelly is invalid and that this property interest should be recovered for the benefit of the estate. | Contingent | - | $0 | $0 |
| Lot at 2341 Maroneal Street, Houston, TX Debtor believes that an involuntary contstable sale of this property based on a purported judgment held by J. Michael Kelly and sold to Garza Properties, LLC is invalid and that this property interest should be recovered for the benefit of the estate.  FMV of property is $580,897.00 as of date of constable sale. | Contingent | - | $0 | $0 |
| | | **Total:** | **$676,000** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)



United States Courts
Southern District of Texas
FILED

MAR 16 2015

David J. Bradley, Clerk of Court

In re  JANE KAO

Case No. 15-31193 – H3-13
(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America     – Checking     #0307<br>Chase     – Savings     #2872<br>Chase     – Checking     #0163<br>CapitalOne     – Checking     #4213 | -<br><br>-<br><br>- | $56.00<br>$62.00<br>$125.00<br>$318.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Located at 9374 Briar Forest Drive, Houston, TX<br>Sofa $400.00<br>Sofa $400.00<br>Coffee Table $300.00<br>2 End Tables $200.00<br>Dining Table 300.00<br>6 Dining Chair $600.00<br>Kitchen Table $100.00<br>Bed $400.00<br>Chest Drawer $200.00<br>2 Night Stands $100.00<br>2 Lamps $100.00 | - | $3,000.00 |
| | | Located at 9374 Briar Forest Drive, Houston, TX:<br>Bed $100.00<br>Chest Drawer $50.00<br>Night Stand $50.00<br>Color TV $400.00<br>Stereo $150.00<br>DVD Player $30.00<br>Computer $800.00<br>Printer $30.00 | - | $1,610.00 |
| | | Located at 9374 Briar Forest Drive, Houston, TX: | - | $1,230.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JANE KAO**                                         Case No. <u>15-31193 - H3-13</u>
                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Refrigerator $500.00<br>Stove $200.00<br>Microwave Oven $50.00<br>Appliances $50.00<br>Washing Machine $150.00<br>Dryer $150.00<br>Vacuum Cleaner $50.00<br>3 Telephones $30.00<br>Mobile Phone $30.00<br>Answering Machine $20.00<br><br>Located at 9374 Briar Forest Drive, Houston, TX:<br>Dishware $100.00<br>China Set $50.00<br>Glassware $50.00<br>Bedding $20.00<br>Linen $20.00<br>Household Tools $20.00 | - | $260.00 |
| | | Located at 2460 Aaron Street, Los Angeles, CA:<br>Sofa $400.00<br>Sofa $400.00<br>2 Coffee Tables $400.00<br>2 End Tables $300.00<br>Dining Table $150.00<br>Bed $300.00<br>3 Chest of Drawers $450.00 | - | $2,400.00 |
| | | Located at 2460 Aaron Street, Los Angeles, CA:<br>Refrigerator $400.00<br>Microwave Oven $50.00<br>Washing Machine $75.00<br>Dryer $75.00<br>Dishware $100.00<br>China $50.00<br>Glasses $50.00 | - | $800.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JANE KAO**

Case No. ___15-31193 - H3-13___
(if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Women's Clothing located at 9374 Briar Forest Drive, Houston, TX | - | $500.00 |
| | | Women's Clothing located at 2460 Aaron Street, Los Angeles, CA | - | $250.00 |
| 7. Furs and jewelry. | | Ring located at 9374 Briar Forest Drive, Houston, TX | - | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | | Sun Life Financial | - | $64,017.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **JANE KAO**                                      Case No. <u>15-31193 – H3-13</u>
                                                                (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Pfizer Inc. (joint tenant with daughter; total FMV $10,200)<br><br>Fidelity | - | $5,100.00<br><br>$16,653.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Estate of King Wa Kao (Decedent is debtor's father and estate is located in Taiwan.  Debtor was previously advised by family members that she was not receiving a distribution.) | - | $0.00 |

B6B (Official Form 6B) (12/07) — Cont.

In re   **JANE KAO**                                    Case No.  15-31193 – H3-13

                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Unliquidated claim against J. Michael Kelly for damages arising from, but not limited to, tortious interference (estimated claim for, among other damages, value of assets lost, mental anguish and attorney fees). | - | $1,500,000.00 |
| | | Claim against J. Michael Kelly to recover a one-half undivided interest in real property located 2460 Aaron Street, Los Angeles, CA which he acquired by foreclosure on an alleged lien he acquired from debtor's former spouse. | - | $305,500.00 |
| | | Claim against J. Michael Kelly and Garza Properties LLC to recover property located at 2341 Maroneal Street, Houston, TX which Mr. Kelly sold to Garza Properties LLC by constable sale based on a purported judgment lien asserted by Mr. Kelly on the real property. | - | $580,897.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Mercedes Benz C320 (acquired by gift from son; title is still held in name of son). | - | $4098.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **JANE KAO**                                    Case No.  15-31193 – H3-13
                                                                 (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | 5 continuation sheets attached | Total > | $2,482,086 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

United States Court
Southern District of Texas
FILED

MAR 1 6 2015

David J. Bradley, Clerk of Court

In re  **JANE KAO**

Case No. __15-31193 - H3-13__
(If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Lot at 2341 Maroneal Street, Houston, TX Debtor believes that an involuntary contstable sale of this property based on a purported judgment held by J. Michael Kelly and sold to Garza Properties, LLC is invalid and that this property interest should be recovered for the benefit of the estate.  FMV of property is $580,897.00 as of date of constable sale. | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $0.00 | $0.00 |
| Located at 9374 Briar Forest Drive, Houston, TX Sofa $400.00 Sofa $400.00 Coffee Table $300.00 2 End Tables $200.00 Dining Table 300.00 6 Dining Chair $600.00 Kitchen Table $100.00 Bed $400.00 Chest Drawer $200.00 2 Night Stands $100.00 2 Lamps $100.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $3,000.00 | $3,000.00 |
| Located at 9374 Briar Forest Drive, Houston, TX: Bed $100.00 Chest Drawer $50.00 Night Stand $50.00 Color TV $400.00 Stereo $150.00 DVD Player $30.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,610.00 | $1,610.00 |
| * Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | $4,610.00 | $4,610.00 |

B6C (Official Form 6C) (4/10) -- Cont.

In re  **JANE KAO**                                          Case No.   15-31193 - H3-13
                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Computer $800.00<br>Printer $30.00<br><br>Located at 9374 Briar Forest Drive, Houston, TX:<br>Refrigerator $500.00<br>Stove $200.00<br>Microwave Oven $50.00<br>Appliances $50.00<br>Washing Machine $150.00<br>Dryer $150.00<br>Vacuum Cleaner $50.00<br>3 Telephones $30.00<br>Mobile Phone $30.00<br>Answering Machine $20.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $1,230.00 | $1,230.00 |
| Located at 9374 Briar Forest Drive, Houston, TX:<br>Dishware $100.00<br>China Set $50.00<br>Glassware $50.00<br>Bedding $20.00<br>Linen $20.00<br>Household Tools $20.00 | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $260.00 | $260.00 |
| Women's Clothing located at 9374 Briar Forest Drive, Houston, TX | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| Ring located at 9374 Briar Forest Drive, Houston, TX | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| Sun Life Financial | Tex. Ins. Code § 1108.051 | $64,017.00 | $64,017.00 |
| 2003 Mercedes Benz C320 (acquired by gift from son; title is still held in name of son). | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $4,098.00 | $4,098.00 |
| | | $75,715.00 | $75,715.00 |

B6D (Official Form 6D) (12/07)

In re  **JANE KAO**

United States Courts
Southern District of Texas
FILED

**MAR 1 0 2015**

David J. Bradley, Clerk of Court

Case No. _15-31193 – H3-13_
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Bank of America, N.A.**<br>**PO Box 5170**<br>**Simi Valley, CA  93062-5170** | | - | DATE INCURRED:  **Feb. 2007**<br>NATURE OF LIEN:<br>**Deed of Trust**<br>COLLATERAL:<br>**6829 Carvel Lane, Houston, TX**<br>REMARKS:<br><br>VALUE: **$138,000.00** | | | | $106,591.00 | |
| ACCT #:<br><br>**City of Houston**<br>**PO Box 3547**<br>**Houston, TX  77253-3547** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Real Property Lien**<br>COLLATERAL:<br>**2341 Maroneal, Houston, TX**<br>REMARKS:<br>**Lien against 2341 Maroneal Street, Houston, TX owed in the event the property is recovered for the benefit of the estate.**<br>VALUE: **$580,897.00** | | | X | $600.55 | |
| **Representing:**<br>**City of Houston** | | | **Linebarger, Goggan, Blair & Sampson, LLP**<br>**Attorneys at Law**<br>**1301 Travis Street, 3rd Floor**<br>**Houston, TX  77002** | | | | Notice Only | Notice Only |
| ACCT #:<br><br>**County of Los Angeles**<br>**Treasurer and Tax Collector**<br>**PO Box 54018**<br>**Los Angeles, CA  90054-0018** | | - | DATE INCURRED:  **2007-2011**<br>NATURE OF LIEN:<br>**Real Property Taxes**<br>COLLATERAL:<br>**2460 Aaron Street, Los Angeles, CA**<br>REMARKS:<br>**Estimated total.  Part of property tax is liability of J. Michael Kelly's disputed one-half interest in the property.  Tax reduced if foreclosure rescinded.**<br>VALUE: **$305,500.00** | | | X | $61,200.00 | |
| | | | Subtotal (Total of this Page) > | | | | $168,391.55 | $0.00 |
| | | | Total (Use only on last page) > | | | | | |

____2____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **JANE KAO**

Case No. $\underline{15-31193 - H3-13}$

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Frank Salz**<br>**Salz & Salz**<br>**150 S. Los Robles Ave. Suite 910**<br>**Pasadena, CA  91101-2437** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Attorney's Real Property Lien**<br>COLLATERAL:<br>**2460 Aaron Street, Los Angeles, CA**<br>REMARKS:<br><br><br>VALUE:                              **$305,500.00** | | | | $213,292.00 | |
| ACCT #:<br><br>**Garza Properties LLC**<br>**1210 Bayport Blvd**<br>**Seabrook, TX  77586-3406** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Subrogation claim**<br>COLLATERAL:<br>**2341 Maroneal Street, Houston, TX**<br>REMARKS:<br>**Transferee of real property located at**<br>**2341 Maroneal Street, Houston, TX.**<br>**Possible subrogation claim for**<br>**payment of taxes on this property in**<br>**the event the constable sale is** | X | | X | $0.00 | |
| | | | **rescinded.**<br><br><br><br><br>VALUE:                              **$0.00** | X | | X | | |
| **Representing:**<br>**Garza Properties LLC** | | | **Richard A. Battaglia**<br>**Attorney at Law**<br>**PO Box 131276**<br>**Houston, TX 77219-1276** | | | | **Notice Only** | **Notice Only** |

Sheet no. _____1_____ of _____2_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >

Total (Use only on last page) >

| $213,292.00 | $0.00 |
|---|---|
| (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re  **JANE KAO**

Case No.  15-31193 – H3-13
_____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: 062-024-013-0006<br><br>**Harris County**<br>**Tax Assessor/Collector**<br>**PO Box 4622**<br>**Houston, TX  77210-4622** | | - | DATE INCURRED:  **2009-2010**<br>NATURE OF LIEN:<br>**Real Property Taxes**<br>COLLATERAL:<br>**2341 Maroneal St., Houston, TX**<br>REMARKS:<br>**Estimated taxes owed in the event the property is recovered for the benefit of the estate.**<br><br>VALUE:            **$580,897.00** | X | | | $42,101.44 | |
| ACCT #:<br><br>**J. Michael Kelly**<br>**Law Office of J. Michael Kelly**<br>**429 Santa Monica Blvd Suite 120**<br>**Santa Monica, CA  90401** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Judgment Lien**<br>COLLATERAL:<br>**2460 Aaron Street, Los Angeles, CA**<br>REMARKS:<br>**Disputed as to liability and validity of lien.**<br><br>VALUE:            **$305,500.00** | | | X | $15,000.00 | |

Sheet no. ___2___ of ___2___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $57,101.44 | $0.00 |
| Total (Use only on last page) > | $438,785.00 | $0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re  **JANE KAO**

United States Courts
Southern District of Texas
FILED

MAR 1 6 2015

David J. Bradley, Clerk of Court

Case No.  15-31193 – H3-13

(If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **JANE KAO**

Case No.  <u>15-31193 - H3-13</u>
(If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**IRS/Special Procedure Branch**<br>**Attn: BK Section**<br>**Mail Code 5024HOU**<br>**1919 Smith Street**<br>**Houston, TX   77002** | | - | DATE INCURRED: **2005-2009**<br>CONSIDERATION:<br>**Income Taxes**<br>REMARKS: | | | | $113,708 | $79,662 | $34,046 |
| Representing:<br>**IRS/Special Procedure Branch** | | | **IRS/Special Procedure Branch**<br>**PO Box 7346**<br>**Philadelphia, PA   19101-7346** | | | | **Notice Only** | **Notice Only** | **Notice Only** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | Subtotals (Totals of this page) > | $113,708 | $79,662 | $34,046 |
|---|---|---|---|---|---|---|---|
| | | | Total ><br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $113,708 | | |
| | | | Totals ><br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $79,662 | $34,046 |

B 6F (Official Form 6F) (12/07)

United States Courts
Southern District of Texas
FILED

MAR 1 6 2015

David J. Bradley, Clerk of Court

In re __Jane Kao_____,     Case No. __15-31193_____
             Debtor     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☑ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | Subtotal▶ | | $ 0.00 |

__0__ continuation sheets attached

                                 Total▶     $ 0.00
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

United States Courts
Southern District of Texas
FILED

MAR 16 2015

David J. Bradley, Clerk of Court

B 6G (Official Form 6G) (12/07)

In re  Jane Kao                                                          Case No.  15-31193
_____                              _____
            **Debtor**                                                      **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

United States Courts
Southern District of Texas
FILED

MAR 16 2015

David J. Bradley, Clerk of Court

In re  Jane Kao                              ,          Case No.  15-31193
         **Debtor**                                              **(if known)**

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |

**United States Courts**
**Southern District of Texas**
**FILED**

**MAR 1 6 2015**

**David J. Bradley, Clerk of Court**

| Fill in this information to identify your case: |
|---|

Debtor 1    *Jane* _____ *RAO* _____
            First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  *Southern* _____  District of  *Texas*

Case number    *15-31193*
(if known)

Check if this is:
☐ An amended filing
☒ A supplement showing post-petition
   chapter 13 income as of the following date:
   *03/16/2015*
   MM / DD /YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | _____ | _____ |
| **Employer's name** | | _____ | _____ |
| **Employer's address** | | _____<br>Number   Street | _____<br>Number   Street |
| | | _____ | _____ |
| | | _____<br>City       State   ZIP Code | _____<br>City       State   ZIP Code |
| **How long employed there?** | | _____ | _____ |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $_____ | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $_____ | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $_____ | $_____ |

Debtor 1    _Janx_____ _Hac_____    Case number *(if known)* _15-31193__
            First Name   Middle Name   Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ................................................ → 4. | $_____ | $_____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. **Insurance** | 5e. | $_____ | $_____ |
| 5f. **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. **Union dues** | 5g. | $_____ | $_____ |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $_____   $_____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $_____   $_____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ _1650_   $_____

8b. **Interest and dividends**   8b.   $_____   $_____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $_____   $_____

8d. **Unemployment compensation**   8d.   $_____   $_____

8e. **Social Security**   8e.   $ _2013_   $_____

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.   $_____   $_____

Specify: _____   8f.

8g. **Pension or retirement income**   8g.   $_____   $_____

8h. **Other monthly income.** Specify: _____   8h.   + $_____   + $_____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ _3668_   $_____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ _3668_   + $_____   = $ _3668_

11. **State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____   11.   + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data*, if it applies   12.   $ _3668_

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

[X] No.

[ ] Yes. Explain: _____

United States Courts
Southern District of Texas
FILED

MAR 16 2015

David J. Bradley, Clerk of Court

**Fill in this information to identify your case:**

Debtor 1 _Jane_ _KAO_ _KAO_
First Name     Middle Name     Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court for the: _Southern_ District of _Texas_

Case number _15-31193_
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_03/16/2015_
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

☒ No. Go to line 2.
☐ Yes. Does Debtor 2 live in a separate household?

    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

☒ No
☐ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

☒ No
☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. $ _____

   If not included in line 4:

   4a. Real estate taxes
   4a. $ _____

   4b. Property, homeowner's, or renter's insurance
   4b. $ _____

   4c. Home maintenance, repair, and upkeep expenses
   4c. $ _____

   4d. Homeowner's association or condominium dues
   4d. $ _____

Debtor 1 _Jahe_ _PiAo_
First Name    Middle Name    Last Name

Case number _(if known)_ _15-311 93_

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $_____ |
| 6. | **Utilities:** | | |
| 6a. | Electricity, heat, natural gas | 6a. | $ _160_ |
| 6b. | Water, sewer, garbage collection | 6b. | $ _50_ |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ _50_ |
| 6d. | Other. Specify: _internet, Cable_ | 6d. | $ _40_ |
| 7. | **Food and housekeeping supplies** | 7. | $ _450_ |
| 8. | **Childcare and children's education costs** | 8. | $ _50_ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ _50_ |
| 10. | **Personal care products and services** | 10. | $ _233_ |
| 11. | **Medical and dental expenses** | 11. | $ _50_ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | 12. | $ _250_ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____ |
| 14. | **Charitable contributions and religious donations** | 14. | $_____ |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. | Life insurance | 15a. | $_____ |
| 15b. | Health insurance | 15b. | $ _105_ |
| 15c. | Vehicle insurance | 15c. | $ _27_ |
| 15d. | Other insurance. Specify:_____ | 15d. | $_____ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | $_____ |
| 17. | **Installment or lease payments:** | | |
| 17a. | Car payments for Vehicle 1 | 17a. | $_____ |
| 17b. | Car payments for Vehicle 2 | 17b. | $_____ |
| 17c. | Other. Specify:_____ | 17c. | $_____ |
| 17d. | Other. Specify:_____ | 17d. | $_____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | $_____ |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify:_____ | 19. | $_____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. | Mortgages on other property | 20a. | $ _983_ |
| 20b. | Real estate taxes | 20b. | $ _245_ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ _75_ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____ |
| 20e. | Homeowner's association or condominium dues | 20e. | $_____ |

Debtor 1 _Jane_ _KAE_

First Name    Middle Name    Last Name

Case number (if known) _15-31193-H3_

21. **Other.** Specify: _____

21. +$ _____

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

22. $ _2828_

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a. $ _3668_

23b. Copy your monthly expenses from line 22 above.

23b. −$ _2828_

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*

23c. $ _840_

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here: