IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31193-H3-13 |
| | § | |
| JANE KAO | § | CHAPTER 13 |
|   Debtor | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    Pursuant to Fed. R. Bankr. P. 9010(b), please take notice that the undersigned firm of attorneys is appearing for the following party in the above Bankruptcy proceeding:

J. MICHAEL KELLY

This party is a creditor of the Debtor, JANE KAO, and is a party-in-interest in this case. The undersigned on behalf of J. MICHAEL KELLY, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

    Respectfully submitted,

/S/R. CHRISTOPHER NAYLOR
R. CHRISTOPHER NAYLOR
State Bar No. 14829900
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
4801 Woodway, Suite 420 West
Houston, Texas 77056-1805
713/622-8338 (Phone)
713/622-4586 (Fax)

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that true and correct copies of the above and foregoing Notice Of Appearance And Request For Service were forwarded to the Debtor's attorney of record, DAVID VENABLE, at 12200 NORTHWEST FRWY., STE. 316, HOUSTON, TEXAS 77092; and to the Trustee, WILLIAM E. HEITKAMP, at 9821 KATY FRWY., STE. 590, HOUSTON, TEXAS 77024, by First Class U. S. Mail, Postage Prepaid, on the   11th   day of OCTOBER, 2015.

/S/R. CHRISTOPHER NAYLOR
R. CHRISTOPHER NAYLOR