IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31193-H3-13 |
| | § | |
| JANE KAO | § | CHAPTER 13 |
|    DEBTOR | § | |
| | § | |
| J. MICHAEL KELLY | § | |
|    MOVANT | § | |
| | § | |
| V. | § | |
| | § | |
| JANE KAO and | § | |
| WILLIAM E. HEITKAMP, TRUSTEE | § | |
|    RESPONDENTS | § | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY
AFTER HEARING
(This Order Resolves Docket # 67)**

    J. MICHAEL KELLY ("Movant") filed a motion for relief from the automatic stay in regard to the continued prosecution of the lawsuit styled, J. MICHAEL KELLY V. JANE RASHAD a/k/a JANE KAO, et al., No. BC558690, in the Superior Court of Los Angeles County, California. Movant represented to the Court that he served the Motion in accordance with all applicable rules and provided notice of the hearing.

| | |
|---|---|
| _____ | Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted. |
| _____ | The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief. |
| _____ | The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief. |
| _____ | After hearing, and for the reasons stated on the record, relief from the stay is granted. |
| _____ | No timely response was filed. Accordingly, the motion is granted by default. |
| _____ | As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. |

    Accordingly, it is ordered that Movant is granted relief from the automatic stay to pursue his state law remedies against the Debtor and the Property of the Estate, as described in the pleadings in J. MICHAEL KELLY V. JANE RASHAD a/k/a JANE KAO, et al., No. BC558690, in the Superior Court of Los Angeles County, California.

Additional rulings:

_____  Movant is awarded attorneys fees in the amount of $_____.

_____  The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

ReservedForJudgeSignature

Approved by Movant's Counsel:    /S/ R. CHRISTOPHER NAYLOR
R. CHRISTOPHER NAYLOR
Texas Bar Number 14829900
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway, Suite 9000
Houston, Texas 77056-1725
713/622-8338 (Phone)
713/622-4586 (Fax)