

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
12/21/2015

|  |  |  |
|---|---|---|
| IN RE | ) | |
| | ) | |
| JANE KAO f/k/a JANE RASHAD, | ) | CASE NO. 15-31193-H3-13 |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |

<u>JUDGMENT</u>

Based on the separate Memorandum Opinion signed this same date, it is

ORDERED that "J. Michael Kelly's Motion for Relief from the Automatic Stay Regarding Non-Exempt Property" (Docket No. 67) is granted; and it is further

ORDERED that the automatic stay is lifted to allow J. Michael Kelly to continue prosecution of the lawsuit styled, *J. Michael Kelly v. Jane Rashad a/k/a Jane Kao, et al.*, No. BC558690, pending in the Superior Court of Los Angeles County, California.

Signed at Houston, Texas on December 21, 2015.

LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE