IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 15-31193-H3-13 |
| | § | |
| JANE KAO f/k/a JANE RASHAD | § | CHAPTER 13 |
| Debtor | § | |

### J. MICHAEL KELLY'S EXHIBIT LIST
### TO THE OBJECTION TO CONFIRMATION

| | |
|---|---|
| MAIN NO. 15-31193 | DEBTOR: JANE KAO FKA JANE RASHAD |
| ADVERSARY NO. | |
| WITNESS: | |
| JANE KAO | JUDGE: LETITIA Z. PAUL |
| | COURTROOM STAFF |
| | HEARING DATE: JANUARY 28, 2016 |
| | PARTY'S NAME: J. MICHAEL KELLY |
| | ATTORNEY'S NAME: R. CHRISTOPHER NAYLOR |
| | ATTORNEY'S PHONE: 713-622-8338 |
| | NATURE OF PROCEEDING: OBJECTION TO CONFIRMATION |

### EXHIBIT LIST OF J. MICHAEL KELLY

| NO. | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|
| #1 | VOLUNTARY PETITION CASE 15-31193 | | | | |
| #2 | SCHEDULES ECF #30 | | | | |
| #3 | AMENDED STATEMENT OF FINANCIAL AFFAIRS ECF #31 | | | | |
| #4 | FIRST AMENDED PLAN ECF #109 | | | | |
| #5 | DEBTOR'S MOTION FROM VARIANCE ECF#110 | | | | |
| #6 | STIPULATION AND SETTLEMENT SUPERIOR COURT OF CALIFORNIA | | | | |

| #7 | COMPLAINT FOR PARTITION FILED BY MICHAEL KELLY | | | | |
|---|---|---|---|---|---|
| #8 | JUDGMENT DISMISSING PART OF ADVERSARY AND ABATING REMAINDER 15-3114 ECF #14 | | | | |