

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
01/22/2016

|  |  |  |
|---|---|---|
| IN RE | ) | |
| JANE KAO f/k/a JANE RASHAD, | ) | CASE NO. 15-31193-H3-13 |
| Debtor | ) | |

### ORDER

Came on for consideration the Motion to Reconsider Court's Permission to Lift Bankruptcy Stay (Docket No. 137) filed by Mark Rosetta, appearing *pro se*, and after review of the motion, pleadings, docket sheet and entire file in the above captioned case, it is

ORDERED that the Motion to Reconsider Court's Permission to Lift Bankruptcy Stay (Docket No. 137) filed by Mark Rosetta is denied.

Signed at Houston, Texas on the 21 day of January, 2016.

LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE