

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

ENTERED
01/22/2016

|  |  |  |
|---|---|---|
| IN RE | ) | |
| | ) | |
| JANE KAO f/k/a JANE RASHAD, | ) | CASE NO. 15-31193-H3-13 |
| | ) | |
| Debtor | ) | |
| | ) | |
| | ) | |

## ORDER

Came on for consideration the Motion to Reconsider Court's Permission to Lift Bankruptcy Stay (Docket No. 137) filed by Mark Rosetta, appearing *pro se*, and after review of the motion, pleadings, docket sheet and entire file in the above captioned case, it is

ORDERED that the Motion to Reconsider Court's Permission to Lift Bankruptcy Stay (Docket No. 137) filed by Mark Rosetta is denied.

Signed at Houston, Texas on the __21__ day of January, 2016.

_____
LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Texas

In re:                                                                    Case No. 15-31193-lzp
Jane Kao                                                                  Chapter 13
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0541-4          User: mrod              Page 1 of 1           Date Rcvd: Jan 22, 2016
                              Form ID: pdf002         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2016.
db            +Jane Kao,    9374 Briar Forest Drive,    Houston, TX 77063-1036
cr            +J MICHAEL KELLY,    379 Hargrave Street,    Inglewood, CA 90302-1519
cr            +J. Michael Kelly,    429 Santa Monica Blvd., Suite 120,   Santa Monica, CA 90401-3408
cr            +Mark Rosetta,    9374 Briar Forest,    Houston, TX 77063-1036

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/Text: houston_bankruptcy@LGBS.com Jan 22 2016 20:52:25      Harris County,
               c/o John P. Dillman,    Post Office Box 3064,   Houston, TX  77253-3064
                                                                          TOTAL: 1


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Garza Properties, LLC d/b/a Garza Maldonado Proper
cr             IRS
                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
              David L Venable   on behalf of Plaintiff Jane  Kao david@dlvenable.com,  kim@dlvenable.com
              David L Venable   on behalf of Debtor Jane  Kao david@dlvenable.com,  kim@dlvenable.com
              Donald L Turbyfill   on behalf of Creditor J MICHAEL KELLY dturbyfill@dntlaw.com,
               ardell@dntlaw.com,psimonton@dntlaw.com
              John P Dillman   on behalf of Creditor    Harris County Houston_bankruptcy@publicans.com
              Nancy Ann Leonard   on behalf of Creditor   IRS nancy.leonard@usdoj.gov,
               daniel.hu@usdoj.gov;Jeremy.Jones@usdoj.gov
              R Christopher Naylor   on behalf of Defendant J. Michael Kelly kimg@dntlaw.com
              R Christopher Naylor   on behalf of Creditor J. Michael Kelly kimg@dntlaw.com
              Richard Anthony Battaglia   on behalf of Interested Party   Garza Properties LLC d/b/a Garza
               Maldonado Properties LLC rab@rabpc.com
              Richard Anthony Battaglia   on behalf of Defendant   Garza Properties LLC d/b/a Garza Maldonado
               Properties LLC rab@rabpc.com
              Richard Anthony Battaglia   on behalf of Creditor   Garza Properties, LLC d/b/a Garza Maldonado
               Properties, LLC rab@rabpc.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
              William E. Heitkamp   heitkamp@ch13hou.com
              William P Haddock   on behalf of Defendant J. Michael Kelly will@haddock.pro,
               whaddock@pendergraftsimon.com
              William P Haddock   on behalf of Creditor J. Michael Kelly will@haddock.pro,
               whaddock@pendergraftsimon.com
                                                                          TOTAL: 14