

ENTERED
08/30/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JANE KAO f/k/a JANE RASHAD, | § | CASE NO. 15-31193 |
|     Debtor, | § | (CHAPTER 13) |
| | § | |
| FRANK SALZ, ESQ., | § | |
|     Plaintiff | § | |
| | § | |
| vs. | § | ADVERSARY NO. 18-03092 |
| | § | |
| | § | |
| JANE KAO f/k/a JANE RASHAD, WILLIAM E. | § | |
| HEITKAMP, CHAPTER 13 TRUSTEE, | § | |
|     Defendants | § | |

## ORDER
[Resolves Doc. # 218]

CAME ON TO BE HEARD Garza Properties LLC d/b/a Garza Maldonado Properties LLC's Motion For Leave To Intervene, and the Court having considered the motion; having reviewed the record; having considered any responses filed thereto; and having considered the representations of counsel believes the motion is well taken. It is therefore,

ORDERED that Garza Properties LLC d/b/a Garza Maldonado Properties LLC's is granted leave to intervene and that the Original Intervention of Garza Properties LLC d/b/a Garza Maldonado Properties LLC attached hereto as Exhibit "A" shall be filed of record.

Signed: August 28, 2018.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JANE KAO f/k/a JANE RASHAD, | § | CASE NO. 15-31193 |
| Debtor, | § | (CHAPTER 13) |

| | | |
|---|---|---|
| FRANK SALZ, ESQ., | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | ADVERSARY NO. 18-03092 |
| | § | |
| | § | |
| JANE KAO f/k/a JANE RASHAD, WILLIAM E. | § | |
| HEITKAMP, CHAPTER 13 TRUSTEE, | § | |
| Defendants | § | |

## ORIGINAL INTERVENTION OF GARZA PROPERTIES LLC
## d/b/a GARZA MALDONADO PROPERTIES LLC

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now GARZA PROPERTIES LLC d/b/a GARZA MALDONADO PROPERTIES LLC ("GARZA") and files this Intervention against Frank Salz ("SALZ"), Jane Kao f/k/a Jane Rashad ("KAO") and William E. Heitkamp, Chapter 13 Trustee ("TRUSTEE") and files this Intervention pursuant to Bankruptcy Rule 7024 seeking aid from this Court to reach non-exempt property claimed by Kao to obtain satisfaction of the judgment held by Garza against Kao and would show this Court the following:

1.      Garza on 30 March 2018 in Cause Number 2015-50969 in the 152nd Judicial District Court in Harris County, Texas recovered a judgment against Kao in the amount of $21,570.00, plus court costs and post judgment interest all of which remains unpaid. Additional interest, costs and attorney's fees will continue to accrue. The judgment is final, valid, subsisting

and remains unpaid. A true and correct of the judgment in Cause Number 2015-50969 is attached hereto for all purposes as Exhibit "A" and is incorporated herein by reference.

2. On or about 22 May 2018, the Trustee received $163,428.81 from the sale of Kao's real property in California. Salz alleges that Salz has the superior right to the money and Kao alleges that Kao has the superior right to the money. In the event Kao has a superior right to Salz to any portion of the $163,428.81, Garza claims a superior right to have the amount owed to Garza as determined by this Court paid to Garza prior to any distribution to Kao.

3. Garza takes no position as to whether or not Salz has priority over Kao but in the event any funds are to be paid to Kao, Garza requests this Court determine the amount of principal, costs, post judgment interest and attorney's fees to be awarded to Garza for prevailing in this intervention.

Wherefore, Garza prays for judgment as follows:

a. in the event any funds are to be paid to Kao, Garza requests this Court determine the amount of principal, costs, post judgment interest and attorney's fees to be awarded to Garza for prevailing in this intervention and order the Trustee to pay that amount to Garza out of the funds awarded to Kao;

b. such other and further relief, both in law and in equity, as the Court may deem appropriate.

Respectfully submitted,

*/s/ Richard A. Battaglia*
Richard A. Battaglia
SBN 01918058
SDIN 8713
P.O. Box 131276
Houston, Texas 77219-1276
713.521.3570  Telephone
rab@rabpc.com
Attorney for Garza Properties LLC

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing Original Intervention of Garza Properties LLC and Application for Turnover has been served this date upon all parties in interest, pursuant to the Federal Rules of Bankruptcy Procedure via either electronic transmission, email, PACER/ECF, or United States mail on this the 1st day of August 2018.

      Liza A. Greene
      Laura Dale & Associates, P.C.
      1800 St. James Place, Suite 620
      Houston, Texas 77056
      lgreene@dalefamilylaw.com

      David L. Venable
      13201 Northwest Freeway, Suite 800
      Houston, Texas 77040
      David@dvenable.com

      William E. Heitkamp
      Chapter 13 Trustee
      9821 Katy Freeway, Suite 590
      Houston, Texas 77024
      Ken_t@ch13hou.com

      */s/ Richard A. Battaglia*
      Richard A. Battaglia
      Attorney for Garza Properties LLC

3/15/2018 1:44 PM
Chris Daniel - District Clerk Harris County
Envelope No. 23199723
By: KATINA WILLIAMS
Filed: 3/15/2018 1:44 PM
Pgs-5
8B

\2015-50969

| | | |
|---|---|---|
| JANE KAO f/k/a JANE RASHAD, Plaintiff | § § § | IN THE DISTRICT COURT |
| VS. | § § | HARRIS COUNTY, TEXAS |
| J. MICHAEL KELLY dba LAW OFFICES OF MICHAEL KELLY and GARZA PROPERTIES LLC d/b/a GARZA MALDONADO PROPERTIES LLC, Defendants | § § § § § § | 152ND JUDICIAL DISTRICT |

## FINAL JUDGMENT

Be it remembered that on February 15, 2016, the Court granted the Plea to Jurisdiction of **J. MICHAEL KELLY dba LAW OFFICES OF MICHAEL KELLY** and dismissed the claims of **JANE KAO f/k/a JANE RASHAD** against **J. MICHAEL KELLY dba LAW OFFICES OF MICHAEL KELLY** without prejudice.

Be it further remembered that on February 6, 2018, the Court granted the Traditional Motion for Partial Summary Judgment of **GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC** against **JANE KAO f/k/a JANE RASHAD** and denied the Motion for Partial Summary Judgment filed by **JANE KAO f/k/a JANE RASHAD** against **GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC**.

Be if further remembered that on March 12, 2018, this matter was called for trial after notice had been given and received by all parties. The only remaining issue to be determined by the Court at trial was the issue of attorney's fees claimed by **GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC** against **JANE KAO f/k/a JANE RASHAD**. **JANE KAO f/k/a JANE RASHAD** did not appear in person or by counsel, her counsel having announced to the Court by email to the Court that he would not appear and that he did not oppose the attorney's fees claimed by **GARZA PROPERTIES LLC d/b/a GARZA MALDONADO**

Unofficial Copy Office of Chris Daniel District Clerk

**EXHIBIT "A"**

PROPERTIES LLC against **JANE KAO f/k/a JANE RASHAD. GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC** announced ready for trial and the Court after having heard the evidence presented by **GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC** and the Court after having reviewed the contents of this Court's file in this cause , and based on all of the foregoing, the Court finds that it is equitable and just that **GARZA PROPERTIES LLC d/b/a GARZA MALDONADO PROPERTIES LLC** recover its costs and reasonable and necessary attorney's from **JANE KAO f/k/a JANE RASHAD** and hereby makes the prior Interlocutory Orders signed herein final for all purposes, it is accordingly:

**ORDERED, ADJUDGED AND DECREED** that the Order signed February 15, 2016, that granted the Plea to Jurisdiction of **J. MICHAEL KELLY dba LAW OFFICES OF MICHAEL KELLY** is hereby made FINAL, and made a part of this FINAL JUDGMENT and the claims of JANE **KAO f/k/a JANE RASHAD** against **J. MICHAEL KELLY dba LAW OFFICES OF MICHAEL KELLY** are dismissed without prejudice, and it is

**ORDERED, ADJUDGED AND DECREED** that the Order signed February 6, 2018, that granted the Traditional Motion for Partial Summary Judgment of **GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC** against **JANE KAO f/k/a JANE RASHAD** and that denied the Motion for Partial Summary Judgment filed by **JANE KAO f/k/a JANE RASHAD** against **GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC** is hereby made FINAL and made part of this FINAL JUDGMENT, and it is

**ORDERED, ADJUDGED AND DECREED** that **JANE KAO f/k/a JANE RASHAD** has no right, title or interest in or right to possession of the property described as follows:

2

**EXHIBIT "A"**

Lot Six (6), Block Thirteen (13), BRAESWOOD, SECTION ONE (1), an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 9, Page 25 of the Map Records of Harris County, Texas, and commonly known as 2341 Maroneal, Houston, Texas.

**ORDERED, ADJUDGED AND DECREED** that **GARZA PROPERTIES LLC d/b/a/ GARZA MALDONADO PROPERTIES LLC** has good and indefeasible superior title and the superior right to possession of the property described as follows:

Lot Six (6), Block Thirteen (13), BRAESWOOD, SECTION ONE (1), an addition in Harris County, Texas, according to the map or plat thereof recorded in Volume 9, Page 25 of the Map Records of Harris County, Texas, and commonly known as 2341 Maroneal, Houston, Texas.

**ORDERED, ADJUDGED AND DECREED** that effective as of the date of the signing of this FINAL JUDGMENT that the following documents or instruments are canceled, terminated, null and void and of no further force or effect:

(a) Notice of Lis Pendens that was recorded on September 22, 2010 under Clerk's File Number 20100407209 in the Real Property Records of Harris County, Texas;

(b) Copy of Voluntary Petition in bankruptcy that was filed in the United States Bankruptcy Court for the Southern District of Texas on February 29, 2012 and that was recorded on March 2, 2012 under Clerk's File Number 20120093115 in the Real Property Records of Harris County, Texas;

(c) Designation of Urban Homestead of Jane Kao that was recorded on April 2, 2012 under County Clerk's File Number 20120137996 in the Real Property Records of Harris County, Texas;

(d) Copy of Voluntary Petition in bankruptcy that was filed in the United States Bankruptcy Court for the Southern District of Texas on March 2, 2015 and that was recorded on March 5, 2015, under Clerk's File Number 20150090084 in the Real Property Records of Harris County, Texas;

(e) Rescission Deed Without Warranty from Mark Rosetta f/k/a Omar Rashad to Jane Kao f/k/a Jane Rashad recorded on November 17, 2017 under Clerk's Number RP-2017-507895 in the Real Property Records of Harris County, Texas.

# EXHIBIT "A"

ORDERED, ADJUDGED AND DECREED that **GARZA PROPERTIES LLC, d/b/a GARZA MALDONADO PROPERTIES LLC** shall recover of and from **JANE KAO F/K/A JANE RASHAD** the amount of $21,570.00 for reasonable and necessary attorney's fees through trial and post-trial matters in this Court.

ORDERED, ADJUDGED AND DECREED that **GARZA PROPERTIES LLC, d/b/a GARZA MALDONADO PROPERTIES LLC** shall recover of and from **JANE KAO F/K/A JANE RASHAD** the additional amount of $16,000.00 for reasonable and necessary attorney's fees in the event of an unsuccessful appeal to the Court of Appeals filed by **JANE KAO F/K/A JANE RASHAD**.

ORDERED, ADJUDGED AND DECREED that **GARZA PROPERTIES LLC, d/b/a GARZA MALDONADO PROPERTIES LLC** shall recover of and from **JANE KAO F/K/A JANE RASHAD** the additional amount of $16,000.00 for reasonable and necessary attorney's fees in the event of an unsuccessful Petition for Review is filed by **JANE KAO F/K/A JANE RASHAD** to the Texas Supreme Court.

ORDERED, ADJUDGED AND DECREED that **GARZA PROPERTIES LLC, d/b/a GARZA MALDONADO PROPERTIES LLC** shall recover of and from **JANE KAO F/K/A JANE RASHAD** all costs of Court and it is

ORDERED, ADJUDGED AND DECREED that **GARZA PROPERTIES LLC, d/b/a GARZA MALDONADO PROPERTIES LLC** shall have all writs, including, but not limited to a Writ of Possession and a Writ of Execution, as often as may be necessary to enforce this Final Judgment and to collect and to recover the amounts awarded here of and from **JANE KAO F/K/A JANE RASHAD.**

**EXHIBIT "A"**

**ORDERED, ADJUDGED AND DECREED** that all relief not granted herein is denied and this Final Judgment disposes of all matters or claims between or among the parties and is a final judgment subject to appeal.

Signed: _____, 2018.

Signed: *Robert Schaffer*
3/30/2018
_____
JUDGE PRESIDING

SUBMITTED BY:

PETRONELLA LAW FIRM

/s/ *Richard L. Petronella*
Richard L. Petronella
SBN 1585200
2421 Tangley, Suite 116
Houston, Texas 77005
(713) 965-0606 – Telephone
(713) 965-0676 – Fax
Email: richard@petronellalawfirm.com
**ATTORNEY IN CHARGE**

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on March 15, 2018, I served a true and correct copy of this Final Judgment in accordance with Rule 21a, T.R.C.P., on all parties in accordance with applicable law.

/s/ *Richard L. Petronella*
Richard L. Petronella

5

**EXHIBIT "A"**